**SO ORDERED.**

**DONE and SIGNED December 14, 2022.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 19-31559 |
| | § | |
| LeTricia D. Rhodes | § | Chapter 7 |
|   Debtor | § | |
| _____ | § | |
| LeTricia D. Rhodes | § | |
|     Plaintiff | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 22AP-03010 |
| | § | |
| Pecanland Village Shopping Center LLC | § | |
|     Defendant | § | |

## <u>Order</u>

Before the court is a Motion to Dismiss Pursuant to Federal Rule of Civil

Procedure 12(b)(6) filed by Pecanland Village Shopping Center LLC as docket no.

13.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that:

1.  The motion is hereby **GRANTED** in part and **DENIED** in part;

2.  The motion is **GRANTED**, insofar and only insofar, as the court hereby dismisses all claims in the complaint which requested the dismissal or "termination" of the revocatory action described in the complaint.

3.  In all other respects, the motion is hereby **DENIED**.

###